CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 30 2010

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LAWRENCE R. COOK, ) | |
|     Petitioner, ) | Civil Action No. 7:09cv00509 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| WARDEN OF THE LUNENBURG ) | |
| CORRECTIONAL CENTER, ) | By: Samuel G. Wilson |
|     Respondent. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss is **GRANTED** and the above referenced 28 U.S.C. § 2254 petition is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Cook has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel for respondent.

**ENTER**: This August 30, 2010.

_____
United States District Judge